PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Facsimile: 702.862.8811

JENNY BURKE, Bar No. 240643
jburke@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.:    949.724.1201

Attorneys for Defendant
AHERN RENTALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TOWNSEND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC., a Nevada corporation; DON AHERN, an individual; MARK BROWN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendant | Case No.  2:22-cv-07228-ODW-AS<br><br>**DEFENDANT AHERN RENTALS, INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**<br><br>[LASC Case No. 22STCV30860]<br><br>Complaint Filed: September 21, 2022 |

**TO THE HONORABLE COURT, PLAINTIFF MARK TOWNSEND, AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant Ahern Rentals Inc. hereby responds to the Order to Show Cause why this case should not be remanded for lack of subject matter jurisdiction issued on January 4, 2023.

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
(949) 705-3000

DEFENDANT'S RESPONSE TO OSC RE SUBJECT MATTER JURISDICTION

## I. INTRODUCTION AND PROCEDURAL BACKGROUND

As set forth in Defendant's Notice of Removal, this Court has original jurisdiction over this matter based upon diversity of citizenship pursuant to Section 1332(a) in that the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. §1332. All Defendants are citizens of the State of Nevada. Plaintiff is a citizen of the State of California. The matter in controversy exceeds $75,000. This matter is thus subject to removal to the district court based on Section 1441(a). (28 U.S.C. §1441(a).)

Defendant Ahern Rentals, Inc. removed the matter to this Court on October 4, 2022. (Notice of Removal ("NOR"), ECF No. 1.) The Court issued a scheduling order on November 28, 2022, setting a trial date of December 12, 2023. (Scheduling Order, ECF No. 13.) Defendants Don Ahern and Mark Brown remain unserved. (Declaration of Don Ahern in Support of Defendant's Response to OSC re Subject Matter Jurisdiction ("Ahern Dec.") ¶2; Declaration of Mark Brown in Support of Defendant's Response to OSC re Subject Matter Jurisdiction ("Brown Dec.") ¶2.) On January 4, 2023, the Court issued an Order to Show Cause regarding subject matter jurisdiction. (Minute Order, ECF No. 15.)

Defendant's removal was proper and this Court has subject matter jurisdiction because:

1. Defendant's Notice of Removal alleged diversity of citizenship.[1]

2. Sufficient evidence exists to support Defendant's jurisdictional allegations.

## II. DEFENDANT'S NOTICE OF REMOVAL ALLEGED THAT THE PARTIES ARE CITIZENS OF DIFFERENT STATES

To invoke subject matter jurisdiction, "a short and plain statement of the grounds for the court's jurisdiction," is all that is required. *Fed. R. Civ. P.* 8(a)(1).

---

[1] It is Defendant's understanding that the "amount in controversy" prong has been satisfied. If the Court requires evidence supporting Defendant's factual allegations regarding amount in controversy as set forth in its Notice of Removal, Defendant requests an additional opportunity for briefing.

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
(949) 705-3000

2.
DEFENDANT'S RESPONSE TO OSC RE SUBJECT MATTER JURISDICTION

The same pleading standard applies to a Notice of Removal and the same framework for challenging subject matter jurisdiction applies to challenging removal jurisdiction. *Leite v. Crane Co*. (9th Cir. 2014) 749 F.3d 1117, 1122.  Unless factual allegations are challenged, they are accepted as true. *Id*. at 1121.  Diversity must exist both at the time the action was commenced in state court and at the time of removal. *Strotek Corp. v. Air Transport Ass'n of America* (9th Cir. 2002) 300 F.3d 1129, 1130.  Plaintiff filed this action in state court on September 21, 2022.  Defendant removed to federal court on October 4, 2022.

Defendant's Notice of Removal alleges that Plaintiff is a citizen of the State of California.  (*See* NOR, ECF No.1, ¶13, 4:21-5:3).  Defendant also alleges that Defendant Ahern Rentals, Inc., which is incorporated under the laws of Nevada and has its principal place of business in Nevada is a citizen of Nevada, and not a citizen of the State in which this action is pending.  (NOR, ECF No.1, ¶¶14-17, 5:4 – 26.)  The Notice of Removal alleges that Plaintiff was a citizen of California and Defendant Ahern Rentals, Inc. was a citizen of Nevada both at the time of filing and at the time of removal.  (NOR, ECF 1, ¶¶13,14.)  Finally, unserved individual Defendants Don Ahern and Mark Brown are alleged to be Nevada citizens.  (NOR, ECF 1, ¶18, 5:27-28.)  Plaintiff has not contested Defendant's allegations and it appears from this Court's Order to Show Cause that the Court is primarily interested in the citizenship of unserved Defendants Ahern and Brown.  As set forth below, sufficient facts and evidence exist to support that the individual defendants were, at the time of filing and removal, and continue to be, Nevada citizens.  Nevertheless, should the Court determine that Defendant's Notice of Removal is deficient for any reason, Defendant respectfully requests an opportunity to provide supplemental briefing and/or amend.

### III. SUFFICIENT FACTS EXIST TO SUPPORT DEFENDANT'S JURISDICTIONAL ALLEGATIONS

At the time of removal, Defendant Ahern Rentals, Inc.'s corporate headquarters and principal place of business were and continue to be located in Nevada.  Pursuant

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
(949) 705-3000

3.
DEFENDANT'S RESPONSE TO OSC RE SUBJECT MATTER JURISDICTION

to the Court's request, Defendant now submits evidence supporting its factual allegations, including those that bear upon the citizenship of Defendants Ahern and Brown.  See Declaration of Don Ahern evidencing that as of September 21, 2022 (when the complaint was filed) and October 4, 2022 (when the matter was removed), as well as at the time of the alleged events, the following was true:

- Ahern Rentals, Inc. was incorporated under the laws of Nevada. (Ahern Dec. ¶6.)
- Ahern Rentals, Inc.'s corporate headquarters were in Nevada. (Ahern Dec. ¶5.)
- Nearly all high level corporate and executive officers were employed in and worked out of the corporate headquarters in Nevada. (*Id.*)
- The principal place of business was in Nevada. (*Id.*)
- The corporation's activities were directed, controlled, and coordinated from the corporate headquarters in Nevada, including administrative, marketing and operational aspects of the corporation.  (*Id.*)

In addition, unserved defendants, Don Ahern and Mark Brown are citizens of Nevada and were citizens of Nevada during the relevant time periods.  For purposes of determining diversity jurisdiction, a United States citizen is a "citizen" of the state in which he is domiciled. *Kantor v. Wellesley Galleries, Ltd.* (9th Cir. 1983) 704 F2d 1088, 1090.  Domicile is the place where a person resides with the intent to remain. *Kanter v. Warner-Lambert Co.* (9th Cir. 2001) 265 F3d 853, 857; *Lew v. Moss* (9th Cir. 1986) 797 F.2d 747, 749.  Here, Mr. Ahern, a United States citizen, was born in Nevada and has lived there ever since. (Ahern Dec. ¶¶1, 3.)  Mr. Ahern owns a home in Nevada, which is his primary residence. (Ahern Dec. ¶4.)  Mr. Ahern intends to maintain his residence in Nevada and intended to do so at both the time the lawsuit was filed and as of the time of removal. (Ahern Dec. ¶3.)  As of the time of filing and removal, Mr. Ahern owned Ahern Rentals, Inc., which was headquartered in Nevada as described above. (Ahern Dec. ¶5.)  Mr. Ahern conducted business from

the Nevada headquarters. (Ahern Dec. ¶5.) Mr. Ahern has only ever registered to vote in the State of Nevada and was registered to vote as of both the time of filing and the time of removal. (Ahern Dec. ¶8.) He currently holds a Nevada Driver's License and held such license at the time of filing and removal. He has held a Nevada driver's license for more than forty (40) years and has never held a California driver's license. (Ahern Dec. ¶7.)

Mr. Mark Brown, a United States citizen, is also a long-time resident of Nevada. (Brown Dec. ¶¶1, 3.) Mr. Brown has resided in Nevada since 1998 and has no intention to reside outside of the state, nor did he have any such intention at the time of filing or removal. (Brown Dec. ¶3.) Mr. Brown owns a home in Nevada currently, at the time of filing and removal, and at all relevant times referenced in the Complaint. (Brown Dec. ¶4.) He does not own or lease property in California and did not at the time of filing or removal. (Brown Dec. ¶4.) At the time of filing and removal, Mr. Brown was Chief Operating Officer of Ahern Rentals, working primarily out of the headquarters located in Nevada. (Brown Dec. ¶5.) At the time of filing and removal, Mr. Brown was (and is) registered to vote in Nevada and had (and has) a Nevada driver's license. (Brown Dec. ¶3.)

Plaintiff Mark Townsend, per his own allegations, has resided in Los Angeles County, California, "at all relevant times". (Plaintiff's Comp. ¶1, NOR, Ex. A, ECF 1.) Plaintiff alleges that he primarily worked out of Defendant's Pacoima, California facility for 17 years. (Plaintiff's Comp. ¶8, NOR, Ex. A, ECF 1.) He made a claim through and utilized services of the State of California by filing a charge with the California Department of Fair Employment and Housing ("DFEH") (now the California Civil Rights Division.) (Plaintiff's Comp. ¶7, NOR, Ex. A, ECF 1.) Defendant is informed and believes that Plaintiff is a United States citizen. (Ahern Dec. ¶10.) Public records indicate that as of the time of filing of the complaint and the time of removal, Plaintiff remained a resident of California. (Declaration of Jenny Burke is Support of Response to Order to Show Cause re Subject Matter Jurisdiction

5.

"Burke Decl.") ¶2.) Defendant has no reason to believe that Plaintiff had at the relevant times or has any intention of relocating outside of California.

## IV. CONCLUSION

As the facts set forth above demonstrate, both individual defendants are domiciled in Nevada. They both reside in Nevada and have the requisite intent to stay. For diversity purposes, they, along with the corporate defendant, Ahern Rentals, Inc., (which is incorporated in and has its principal place of business in Nevada) are citizens of Nevada. Plaintiff is a citizen of the State of California. Thus, Defendant respectfully submits that complete diversity exists and this Court has jurisdiction over this matter.

Respectfully Submitted,

Dated: January 25, 2023

/s/ Jenny Burke
PATRICK HICKS
JENNY BURKE
LITTLER MENDELSON, P.C.
Attorneys for Defendant,
AHERN RENTALS, INC.

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
(949) 705-3000

6.

DEFENDANT'S RESPONSE TO OSC RE SUBJECT MATTER JURISDICTION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067. On January 25, 2023 I served the foregoing document(s) described as **DEFENDANT AHERN RENTALS, INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION** on the interested parties in this action addressed as follows:

Kenneth R. Myers, Esq.
EMPLOYEES LAW CENTER
6901 Woodlake Avenue
West Hills, CA 91307
Email: ken@employeeslawcenter.com
*Attorneys for Plaintiff Mark Townsend*

☐ BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is maahernandez@littler.com.

☐ BY MAIL: by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on January 25, 2023 at Los Angeles, California.

                      */s/ Mayra Hernandez*
                      Mayra Hernandez

4888-3586-5161.2 / 099283-1080

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
(949) 705-3000

8.

DEFENDANT'S RESPONSE TO OSC RE SUBJECT MATTER JURISDICTION