PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Facsimile: 702.862.8811

JENNY BURKE, Bar No. 240643
jburke@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.:    949.724.1201

Attorneys for Defendant
AHERN RENTALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TOWNSEND, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AHERN RENTALS, INC., a Nevada corporation; DON AHERN, an individual; MARK BROWN, an individual; and DOES 1 through 50, inclusive, <br><br> Defendant | Case No.  CV 22-07228-ODW(ASx) <br><br> **DECLARATION OF DON AHERN IN SUPPORT OF DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION** <br><br> [LASC CASE NO. 22STCV30860] <br><br> Complaint Filed: September 21, 2022 |

I, DON F. AHERN, hereby declare and state:

1.      I am over the age of eighteen, a United States citizen, and I have personal knowledge of all matters set forth herein.  If called to do so, I would competently and truthfully testify to all matters set forth herein, except for those matters stated to be on

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
(949) 705-3000

DECLARATION OF DON AHERN

1  information and believe in which case I believe them to be true.  I make this
2  declaration in support of Defendant's Response to Order to Show Cause re Subject
3  Matter Jurisdiction.

4      2.    I have not been served with the summons or complaint in the above-
5  captioned matter.

6      3.    I was born and raised in Nevada and have remained a Nevada resident for
7  the entirety of my life. I am currently 69 years old. I have no intention of moving to
8  another state and had no such intention as of either September 21, 2022 or October 4,
9  2022.

10     4.    I own my home in Nevada, which is also my primary residence.

11     5.    My father founded Ahern Rentals in 1953.  I assumed ownership of
12  Ahern Rentals in 1990 and created Ahern Rentals, Inc. in 1997. As such, as of
13  September 21, 2022 and October 4, 2022, I owned Ahern Rentals, Inc., the defendant
14  in this matter.  As of those dates, and throughout the entirety of my ownership, Ahern
15  Rentals, Inc. was headquartered in Nevada.  I was the Chief Executive Officer and I
16  and nearly all high level corporate and executive officers were employed in and
17  worked out of the corporate headquarters in Nevada.  Nevada was the location of the
18  company's principal place of business from where the corporation's activities were
19  directed, controlled, and coordinated, including administrative, marketing, operations,
20  and planning were conducted.

21     6.     As of September 21, 2022 and October 4, 2022, and at the time of the
22  events alleged in the Complaint, Ahern Rentals, Inc. was incorporated under the laws
23  of Nevada.

24     7.    I have continuously held a Nevada driver's license for more than forty
25  (40) years.  I have never held a California driver's license.

26     8.    I have been registered to vote in Nevada since 1975 and have never been
27  registered to vote in California or any state other than Nevada.  As of September 21,
28  2022 and October 4, 2022, I remained registered to vote in Nevada.

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
(949) 705-3000

2.

DECLARATION OF DON AHERN

1    9.    I have never resided in the State of California.

2    10.    Based on documents provided by Mr. Townsend to Ahern Rentals, Inc.

3    during his employment, I am informed and believe that Mr. Townsend is a United

4    States citizen.

5    11.    I have reviewed this declaration in its entirety and have had the

6    opportunity to make changes and I sign it of my own free will and without duress.

7    ///

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
(949) 705-3000

3.

DECLARATION OF DON AHERN

1

2        I declare under penalty of perjury under the laws of the United States of

3  America that the foregoing is true and correct.

4        Executed this ___ day of January 2023

5

6                              DON F. AHERN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.

DECLARATION OF DON AHERN

# **PROOF OF SERVICE**

## **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.  On January 25, 2023 I served the foregoing document(s) described as **DECLARATION OF DON AHERN IN SUPPORT OF DEFENDANT'S RESPONSE TO OSC RE SUBJECT MATTER JURISDICTION** on the interested parties in this action addressed as follows:

Kenneth R. Myers, Esq.
EMPLOYEES LAW CENTER
6901 Woodlake Avenue
West Hills, CA 91307
Email: ken@employeeslawcenter.com
*Attorneys for Plaintiff Mark Townsend*

☒ BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is maahernandez@littler.com.

☐ BY MAIL: by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service.  Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.  Executed on January 25, 2023 at Los Angeles, California.

*/s/ Mayra Hernandez*
Mayra Hernandez

4886-1821-8571.3 / 099283-1080

5.

DECLARATION OF DON AHERN