KENNETH MYERS, Bar No. 207103
ken@employeeslawcenter.com
EMPLOYEES LAW CENTER
6901 Woodlake Avenue
West Hills, CA 91307
Telephone: (818) 501-8900
Fax: (818) 561-3990

Attorneys for Plaintiff MARK TOWNSEND

PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Facsimile: 702.862.8811

JENNY BURKE, Bar No. 240643
jburke@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
Telephone: 949.705.3000
Fax No.:    949.724.1201

Attorneys for Defendant
AHERN RENTALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TOWNSEND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC., a Nevada corporation; DON AHERN, an individual; MARK BROWN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendant | Case No.  2:22-cv-07228-ODW (ASx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[LASC Case No. 22STCV30860]<br><br>Complaint Filed: September 21, 2022<br>Removed: October 4, 2022 |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO: 2:22-cv-07228-ODW (ASx)

1  The parties to this action, acting through counsel and pursuant to Federal Rules
2  of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated
3  settlement executed by them, to the Dismissal with Prejudice of this action, including
4  all claims and counterclaims (if any) stated herein against all parties, with each party to
5  bear his/her/its own attorney's fees and costs.

Respectfully Submitted,

Dated: July 14, 2023

LITTLER MENDELSON, P.C.

_____
PATRICK HICKS
JENNY BURKE
Attorneys for Defendant,
AHERN RENTALS, INC.

Dated: June 15, 2023

EMPLOYEES LAW CENTER

_____
KENNETH MYERS
Attorneys for Plaintiff
MARK TOWNSEND

2.

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO:
2:22-CV-07228-ODW (ASX)