JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TOWNSEND,<br><br>               Plaintiff,<br><br>    v.<br><br>AHERN RENTALS, INC. et al.,<br><br>               Defendant | Case No.  2:22-cv-07228-ODW (ASx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>[LASC Case No. 22STCV30860]<br><br>Complaint Filed: September 21, 2022 |

///

///

///

///

///

///

///

///

///

Based on the Parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41, (Stip., ECF No. 23), good cause has been shown for the requested relief.  Therefore, the Stipulation is **GRANTED**.  Plaintiff's entire action against all parties is **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).  Each party shall bear their own costs and attorneys' fees.

All dates and deadlines are **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

DATED: July 18, 2023

_____

Hon. Otis D. Wright, II
United States District Judge